UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY EDDIE TURNER, Defendant. | Case No. CR02-0193-RSL<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 18, 2007. The United States was represented by Assistant United States Attorney Carl Blackstone, and the defendant by Ms. Carol Koller.

The defendant had been charged and convicted of Felon in Possession of a Firearm in violation of 21 U.S.C. § 922(g) On or about January 10, 2003, defendant was sentenced by the Honorable Robert S. Lasnik to a term of sixty (60) days in custody to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participating in substance-abuse and mental-health treatment programs, financial disclosure, consent to search, and registering as a sex offender.

In a Petition for Warrant or Summons, dated June 4, 2007, U.S. Probation Officer Brian K. Facklam asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to appear for drug testing on May 29 and 30, 2007, in violation of the special condition #3 requiring that he submit to drug testing.

(2) Failing to notify the probation officer at least ten days prior to any change in residence, in violation of standard condition #6 and special condition #7.

The defendant was advised of his rights, acknowledged those rights, and admitted to the two alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on June 29, 2007, at 2:00 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 18th day of June, 2007.

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Mr. Carl Blackstone
Defendant's attorney: Ms. Carol Koller
Probation officer: Mr. Brian K. Facklam